UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FIDEL GARIBAY,<br><br>　　　　　　　　　　Defendant. | Case No. 3:17-cr-00110-LRH<br><br>MINUTE ORDER<br><br>December 2, 2019 |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING         REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):          NONE APPEARING

COUNSEL FOR DEFENDANT(S):          NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

　　　Defendant having filed a 28 U.S.C. § 2255 Petition (ECF No. 43) and a response by the Government appearing warranted,

　　　IT IS HEREBY ORDERED that a responsive pleading shall be filed by the Government within 45 days of entry of this Order, a reply may be filed by the Defendant within 15 days following the Government's response, and the matter will be submitted to the court for decision or other appropriate action.

　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　DEBRA K. KEMPI, CLERK

　　　　　　　　　　　　　　　　　　By:         /s/         

　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk