# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:17-cr-00110-HDM-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| FIDEL GARIBAY, | |
| Defendant. | |

The defendant, Fidel Garibay, has filed a motion for early termination of supervised release (ECF No. 70). The defendant claims to be in Mexico, and, according to the Probation Department, it does not appear that he has been supervised in the United States at any point since his release from custody. However, the defendant's motion lists an address in California.

The court has reviewed the defendant's motion and considered the relevant factors under 18 U.S.C. § 3583(e) and § 3553(a) and concludes that termination of supervision is not warranted at this time. Because it is unclear where exactly the defendant is, the Probation Department shall take every reasonable step to locate where the defendant is currently residing.

IT IS SO ORDERED.

DATED: This 17th day of April, 2025.

*Howard D. McKibben*
UNITED STATES DISTRICT JUDGE